Marion C. DEATON, et al, Respondent,

v.

Corazon G. ANTONIO, Appellant.

Marion C. DEATON, et al, Appellant,

v.

Corazon G. ANTONIO, Respondent.

Nos. WD 47727, WD 47776.

Missouri Court of Appeals,
Western District.

Nov. 29, 1994.

Frank P. Barker, II, Kansas City, for appellant.

J.C. Hambrick, Jr., Kansas City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The defendant appeals from a judgment in favor of plaintiffs, claiming that the trial court erred in admitting a photostatic copy of documents without sufficient foundation in violation of the Best Evidence Rule. Judgment affirmed. Rule 84.16(b).

Sally RAMIREZ and Joseph
Ramirez, Appellants,

v.

Deborah M. SOVEREIGN and
Field, Gentry & Benjamin,
P.C., Respondents.

No. WD 48466.

Missouri Court of Appeals,
Western District.

Nov. 29, 1994.

Silas W. Longan, II, Kansas City, for appellants.

G. Spencer Miller, Kansas City, for respondent Deborah Sovereign.

Neal E. Millert, Kansas City, for respondent Field, Gentry & Benjamin, P.C.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from a judgment entered upon the jury's verdict in favor of defendants Deborah M. Sovereign and Field, Gentry, Benjamin & Robertson, P.C., on plaintiff Sally Ramirez's claim for personal injury and property damage and plaintiff Joseph Ramirez's claim for derivative damages, arising from an automobile accident.

The judgment is affirmed.